1
2
3
4
5
6
7
8
9
10

**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT**

MAHA ELREGRAGUI MOQADDEM;

    Plaintiff,

  v.

UPINDER S KALRA, et al.,

    Defendants.

Case No.: 5:23-cv-00173-JGB-KK

**JUDGMENT**

Judge:   Hon. Jesus G. Bernal

On June 30, 2023, the Court issued an Order granting the motion to dismiss plaintiff's first amended complaint filed by defendants the Honorable Upinder S. Kalra, the Honorable Lauren Weis Birnstein, the Honorable Joseph J. Burghardt, and the Honorable Kathryn A. Solorzano, Judges of the Superior Court of California, County of Los Angeles, and dismissing the first amended complaint as to these defendants without leave to amend.  Additionally, the Court *sua sponte* ordered that the first amended complaint be dismissed without leave to amend as

to all other defendants in this case. The Court then directed the clerk to close the case.

In accordance with the Court's Order dated June 30, 2023, judgment is entered in favor of all defendants--that is, Upinder S. Kalra, Lauren Weis Birnstein, Joseph J. Burghardt, Kathryn A. Solorzano, George Gascon, Jenna Ann Franklin, Tal Kahana, Mara McIlvain, the County of Los Angeles, the United States of America, and Does 1-10--as against plaintiff Maha Elregragui Moqaddem.

IT IS SO ORDERED.

Dated: September 29, 2023

Hon. Jesus G. Bernal
United States District Judge